IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL WILLIAMS, #179642, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:12-cv-0005-TMH |
| ) | WO |
| LEON FORNISS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on January 12, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on January 12, 2012 is adopted;

3. That this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this the 25th day of January, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE